**NOTICE: The attorneys on the attached list have the opportunity to comply with outstanding requirements prior to the effective date of the Supreme Court Order and <u>not</u> be administratively suspended.**

```
DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 1
TIME: 14:20:03                     NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                         ACTIVE
                                                                           REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
```
_____

Philadelphia

| | |
|---|---|
| 72739 | Aigeldinger III, Allan Jacob |
| 38924 | Azorsky, Gary L. |
| 94006 | Bartel III, Lawrence Joseph |
| 47505 | Behar, Saul Arthur |
| 326783 | Bernlohr, Christian Timothy |
| 79414 | Brennan, Peter J. |
| 207478 | Bridges, Tanya LaShawn |
| 41024 | Brown, John Robert |
| 02529 | Canuso, Joseph A. |
| 95096 | Carter IV, William Andrew |
| 310014 | Caruso, Santo R. |
| 67751 | Coleman, Lisa K. |
| 39689 | Costigan, Richard |
| 312357 | Coyne, Dana Kate |
| 81859 | Diaz, Eric |
| 207590 | Durant, Lauren Meredith |
| 325352 | Eng, Bryant Terrance |
| 316062 | Engel, Carl Lawrence |
| 29112 | Eshelman, Thomas R. |
| 325024 | Flacco, Robert Joseph |
| 79298 | Fullmer III, Harold H. |
| 205226 | Gian-Grasso, Brennan Joseph |
| 312579 | Gomez, Juliette Elizabeth |
| 311741 | Gordon, Benjamin Evan |
| 18340 | Gradwohl, David A. |
| 47102 | Grimes, Wendell K. |
| 39424 | Haas, Steven Neal |
| 49987 | Harty, Thomas S. |
| 205672 | Hellinger, Ashley Elyse |
| 46405 | Hetrick, Joseph Kevin |
| 319656 | Hogan, Graeme Elliot |
| 203230 | Huh, John Daiwon |
| 79334 | Ivory, Thomas Henry |
| 326975 | Jagota, Mehar |
| 62823 | Jaron, Helene Schwartz |
| 314451 | Keith, Andrew Alan |
| 90119 | Koller, David Mikel |
| 73842 | Koutcher, Jonathan B. |
| 319309 | Krohn, Lauren Elizabeth |
| 92217 | Kuchta, Angelique R. |
| 323238 | Liang, Dan |
| 202535 | Loney Jr., Stephen Allen |
| 316179 | MacGregor, Christine Elder |
| 321363 | Mann, Jessica Consuela |
| 40175 | Markey, Jeanne Ann |
| 93472 | Martucci Jr., John Joseph |
| 50719 | McCrea, Megan |
| 36411 | McEldrew III, James J. |
| 201402 | McGrath III, John Joseph |
| 91437 | McMenamin, Melanie Marie |
| 314956 | McMullen, Kolleen |
| 79184 | Mester, Laurence Andrew |
| 205488 | Mildenberg, David S. |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Philadelphia( Continued )     85106   Mirarchi, Daniel J
                             311525   Morrow, Elizabeth E.
                             206489   Murphy, Joseph Francis
                             316354   Narahari, Priya
                              88475   Nihill, Colleen Frances
                             202235   Papanier, Nicole
                              57512   Parrish Jr., Demetrius John
                             326084   Paulino, Jonathan Javier
                              90154   Post, May Mon
                             310376   Purtell, Daniel Newcomb
                              90514   Racowski, Kenneth L.
                             313759   Rutala, Joseph
                             311193   Sauler, Tracy Rose
                              78812   Scarpa, Christopher C.
                             210208   Schwartz, Joshua Benjamin
                              73957   Scott, Karen
                              92659   Seltzer, Gregory L.
                             321726   Shingin, Inna
                             204173   Sibel, Catharine Elizabeth
                             207843   Small, Heather Dawn
                             325363   Smith, Erika L
                             201295   Smith, Royce W.
                             311379   Southerland, Tiffany Frances
                             307517   Supplee, Jennifer Anne
                             203229   Toll, Jennifer Ann
                             311873   Watto, Andrew P
                              89341   Wetzel, Christopher K.
                             308902   Witts, Venycklés Amanda
                             308345   Womack, Jocelyn Liana

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lancaster                        308249   Conrad, Brandon Ramsay
                                  25725   Gray, Kathleen A. V.
                                 206103   Monskie, Gregory Edwin

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Northampton                      310492  Benner, Brandon Michael
                                 306562  Opthof, Victoria Kadeane

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Tioga                          310832  Cummings, Tiffany L.

```
DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 6
TIME: 14:20:03                    NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                                       ACTIVE
                                                                          REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
```
_____

Allegheny                          318087   Baldridge, Tricia
                                    16305   Boas, Paul David
                                   317034   Bogatay, James F.
                                   325163   Brady, Matthew Demian
                                   201680   Brown, Ian Morgan
                                    56657   Carlson, Ronald Bruce
                                    18184   Cheever, George M.
                                   321012   Clifford, Jaclyn Renee
                                   312238   Craig, Daniel Patrick
                                    68384   Dangel, Stephanie A. J.
                                    19736   Edgar, John P.
                                   321913   Grab, Jennifer Suzanne
                                    78311   Hamel, Melody A.
                                    27569   Hendricks, John D.
                                    37555   Hughes, Karen Louise
                                   204007   Johnston, Gregg Nathaniel
                                    28900   Lampl, David W.
                                    65709   Lawrence, Joseph Robert
                                   313170   Lewis, Joshua Hal
                                   312669   Marmo, Jonathan Michael
                                   310971   Mersich, Vincent James
                                    82007   Mills, Russell McKinney P.
                                    76237   Morelli, Joseph Michael
                                   207656   Moritz, Matthew Louis
                                   324548   Mularski, Ross Terry
                                    37948   Nelson, Garry A.
                                    34515   Ogg, Gary J.
                                    92439   Pfaeffle, Tara L.
                                   316346   Pometto, Joseph Dominic
                                    78743   Reisinger, Jay Keefe
                                    92716   Roupas, Peter Daniel
                                    36636   Sanders, Russell Ronald
                                    93559   Schalk, Michael John Richard
                                   307909   Schneider, Kelie Cummins
                                    82913   Sheets, James Patrick
                                    85531   Splane, Timothy Michael
                                    42164   Stewart, Robert E.
                                    92084   Temple, Meagan Fidelis
                                    19140   Watson, J. Warren
                                   207824   Wills, Taressa Jenyca
                                    92010   Windsor, Elizabeth Stroyd
                                   307894   Wojton, Timothy Grant
                                   325811   Zutz, T. Corey

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Bucks                                  83719  Clark, Jennifer Kline
                                      207449  Flood, Chad Michael
                                       25340  Goldman, Robert E.
                                      326782  Grisillo, Jeffrey James
                                       74193  Hobbib, Patricia L.
                                       12789  Katzenstein, Robert
                                       82877  McGroarty, William V.
                                       94614  Mellott, Diane C.
                                       24892  Ruttle, J. Michael
                                       01914  Timby, Thomas E.
                                       78620  Zoftis, Leonard Barry

DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 8
TIME: 14:20:03             NON-COMPLIANT LAWYERS         USER ID:
jilgenfr

ACTIVE

REPORT:

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED

_____

Cumberland                     201357   Drew, Aaron David
                         87000   Mangan III, John Joseph
                         85022   Matter, Michael Dennis

ACTIVE

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Westmoreland                          24874  Weston, Charles E.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Dauphin                    309558   Almeida, Suzanne Ricki
                            49618   Boyle, Dennis Edward
                            17890   Hanna Jr., Robert George
                            27423   Robinson, Gerald S.
                            86360   Seyfried, Jeffrey Michael
                           208147   Shiffler, Ruth K.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Chester                          30189   Boyd, Penelope A.
                                 80145   Cohen, Joan Blatcher
                                 82865   Cohn, Leslie Susan
                                308004   DeAngelo, Joseph George
                                 89733   Haeberle, Jennifer Lynn
                                322504   Juste, Cassandre Lucie
                                 38112   Knepley, Rita E.
                                314467   Lewis, Ginene Alexandria
                                 28547   McDevitt, Brian
                                 78359   McFadden, David Carter
                                 49774   O'Hayer, Michael
                                 85987   Passerin, Forrest T.
                                 42200   Richenderfer, Linda
                                 22857   Ross, Murray L.
                                 88277   Wells III, Gerald D.
                                310640   Wusinich, Joanna Frances

DATE: 03/22/2022                  PENNSYLVANIA CONTINUING LEGAL EDUCATION                    PAGE: 12
TIME: 14:20:03                              NON-COMPLIANT LAWYERS                             USER ID:
jilgenfr
                                                    ACTIVE
                                                                                             REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED

_____
_____

Union                                          87624   Zickgraf, Randal Benjamin

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Clarion                          86255  Bogush, Michael B.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

York                              42912  Rogers, Marakay Jessica

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Berks                                  76870  Fabrizio, Eric J.
                                      313215  Richerts, James Joseph
                                       88203  Tidd, David W.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Washington                        323673  McGovern, Kelly Nicole
                                   47549  Wagner Jr., Louis Edward

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lehigh                          320254   Fenstermaker, Adam LeRoy
                                 57808   Klees, Aria A.
                                 55064   McCrystal, Michael J.

```
DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 18
TIME: 14:20:03                  NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
```
_____

```
Delaware                          320157   Davis, Thomas
                                   95043   Dill, Kevin John
                                  208453   Dilworth, David Bancroft
                                  203635   Frohner, Tara Anastasia
                                   22567   Girton, Arthur G.
                                  309360   Harmon, Jason Morton
                                  312611   Holland, Tiffany Marlese
                                  204794   Jalloh, Alvin Teage
                                   88337   Keates, Charles Paxson
                                   33813   Kelly, Kevin Joseph
                                   02039   Lindner, Albert A.
                                   46442   Mannix, Christopher D.
                                   08982   Noel, George P.
                                   14437   Pomerantz, Gerald
                                   85660   Prochniak, Evan D.
                                   74979   Procopio, Patricia C.
                                   59447   Repetto, Maureen Callahan
                                   67265   Rotella, Michelle T.
                                  321535   Waring, Ashley Nikole
```

DATE: 03/22/2022                PENNSYLVANIA CONTINUING LEGAL EDUCATION              PAGE: 19
TIME: 14:20:03                           NON-COMPLIANT LAWYERS                       USER ID:
jilgenfr
                                              ACTIVE
                                                                                    REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____
_____

Susquehanna                        312972  Lewis, Abbey Katherine

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

| County | ID | Name |
|--------|------|------|
| Montgomery | 202230 | Beaver, Mark Anthony |
| | 92038 | Bender, Kerry Kilduff |
| | 59395 | Booth Jr., Christopher Roulhac |
| | 205214 | Cruz, Shaela |
| | 313370 | Dagress, Gillian Marie |
| | 309911 | Daly Jr., Michael Gerard |
| | 31351 | Danelski, Edward Richard |
| | 206149 | Dinoulis, Nicole Adana |
| | 319605 | Gaughan, Shannon Kathleen |
| | 312689 | Goldin, Jeffrey J. |
| | 36466 | Goldstein, Clifford A. |
| | 315262 | Greenberg, Jared Matthew |
| | 37777 | Grossman, Bruce Stephen |
| | 79004 | Howard, Edward Joseph |
| | 26198 | Jacquette, James Martin |
| | 203998 | Keating, Christina Marie |
| | 307011 | Kim, Frederick S |
| | 323786 | Landes, Eric J. |
| | 308668 | Lazovitz, Joel |
| | 60984 | Levine, Kenneth T. |
| | 323342 | Mathew, Joseph Philip |
| | 84331 | Metzger, Michael F. |
| | 76609 | Moore-Driggers, Zanetta N. |
| | 323244 | Morris, Catherine |
| | 16166 | Newman, Sandra Schultz |
| | 324660 | Nikel, Shanique E |
| | 54692 | Odenheimer, Shari Jill |
| | 78299 | Pliner, Susan Beth |
| | 48514 | Remick, Hiliary Shattuck |
| | 62752 | Revness, Michael Joseph |
| | 310816 | Ross, Sandra Rhee |
| | 13440 | Sagett, Samuel H. |
| | 84355 | Scullin, Michelle Brennan |
| | 72454 | Siegel, Barry Jonathan |
| | 47935 | Simmons, Theresa Marie |
| | 74109 | Solnick, Jay Lawrence |
| | 92358 | Teare, Maria Christina Cutillo |
| | 316590 | Wampole, Courtnee Lynn |
| | 20071 | Winning, William J. |
| | 321162 | Young, Melanie Edelman |

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Franklin                              82259  Gleason, Thomas P.

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Monroe                                  49583  Catina, Janet K. Marsh

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lackawanna                    314796  Ellis, Zachary Jerome
                               41930  Thomas, Douglas P.

DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 24
TIME: 14:20:03                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED

_____

Butler                           312608  Cox, Roger Alan

DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 25
TIME: 14:20:03                      NON-COMPLIANT LAWYERS                   USER ID:
jilgenfr
                                        ACTIVE
                                                                           REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lebanon                                85561  Mazaheri, Daniel Joseph

ACTIVE

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Out Of State                      77321   Abraham, Eric I.
                                 318281   Altabet, Edward Daniel
                                 317325   Atkinson, Brittany
                                  59108   Balanta, Abdul Latif
                                  31761   Berger, Andrea Lynn
                                  76800   Berman, Richard J.
                                  45927   Berman, William Steven
                                 201302   Bieg, Timothy Rory
                                 313153   Binns, Katherine Williams
                                 205141   Blake, Brian Patrick
                                  47072   Blust, Peter Francis
                                 209061   Boylan, Todd Philip
                                  47075   Bralow, David Steven
                                  71300   Breslin III, James J.
                                 203839   Brooks, Marc Anthony
                                  80934   Brucker, Scott Evan
                                  43337   Bucknam Jr., Robert William
                                 307893   Budd, Eileen Theresa
                                  94923   Burke, Sarah F.
                                 325572   Butler, Lisa Marie
                                  91941   Cannella, Christine Anne
                                 319255   Chakrabarty, Saheli
                                 314784   Chelminiak, Adam Josef
                                  90508   Christy, Mary Kim Sidell
                                 324946   Coats Jr., Ira Fitzgerald
                                  93020   Cohen, Jesse M
                                  51074   Coleman, Douglas
                                 308637   Concepcion, Theresa
                                 310172   Cullari, Samuel Fiore
                                  89281   Curtis, Paul
                                  80193   Cusick, Robert William
                                  92656   DeLuca, Jennifer Lynne
                                 313139   DeVito, Jonathan Marc
                                  32854   Della Porta Jr., Armand J.
                                  31682   DiMento, Anthony F.
                                 313292   DiNapoli, Kaitlin Marie
                                 325085   Durbin, Damon
                                  95013   Edwards, Robert Henry
                                 209840   Entwistle, Andrew John
                                  31183   Fanelli, Cecelia L.
                                  60777   Fantt, Michele Avis
                                 307824   Farrell, Colin
                                 202346   Figaro, Savio Donvez
                                  73241   Floyd III, Robert Patrick
                                  55456   Forsten, Richard Alan
                                 316685   Freed, Alexandra M
                                 319294   Garrett, Kristin Lynn
                                  87817   Gehres III, Edward DeForest
                                 323289   Giordano, Daniel Joseph
                                 203981   Gladney, Alexander Douglas
                                 306718   Gopal, Gauri
                                  86696   Grady, Jacqueline A.
                                  20984   Grantham, Mark Burke

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Out Of State( Continued )          312258  Grove, Amber Leigh
                                    67874   Guzzi, Mark Earl
                                    68656   Harris, Charles E.
                                   319796   Hastings, Stephen Edward
                                   312910   Haynes, Jina Nicole
                                    82934   Higgins, Brian Scott
                                   323183   Hogan, Christine Rebecca
                                    90778   Hogan, Richard Peter
                                   310880   Hovey, Keith Lancaster
                                    28302   Howard, James Elliot
                                   309938   Howard, Joseph Peter
                                    79437   Hutchinson, Alyse
                                    65622   Iannelli, John C.
                                   310680   Iruobe, Emalohi Louisa
                                    73503   Jacobs, Lisa M.
                                   208932   Janel, Lindsay Rose
                                   202998   Jester, Jeremy James
                                    51875   Jimoh, Bashiru Ayinde
                                    52360   Johnson Jr., Cuthbert A.
                                   315664   Johnson II, George Samuel
                                    69535   Josephson, Daryl Craig
                                   309238   Kassab, Vanessa Lois
                                    53693   Kelly, Sean X.
                                   309003   Kent, Michael
                                    90635   Lee, Ernest
                                    63054   Levow, Evan M.
                                    88460   Levy, Howard I.
                                   315400   Lively, Ashley Elizabeth
                                   313202   Lovett, Cuyler Allen
                                    89532   Lowry, Timothy John
                                   309323   Luber, Matthew Allen
                                   320091   Lufadeju, Suzanne Oluwabukola
                                   201389   Lutz, Jennifer Christine
                                   326624   Macleod, Ryan Scott
                                   319775   Madin, Khaled
                                    31411   Marenberg, Roxane Sokolove
                                   309371   Marino, Alexander Fairfax
                                    74762   McCarthy, John D.
                                   203710   McDermott 3rd, John Joseph
                                    60436   McDonald, John Timothy
                                   209757   McGroarty, Shannon Leigh
                                    48309   McLaughlin, Michael Joseph
                                   309748   Mellor, Daniel Lawrence
                                    59439   Meth, Eric Lewis
                                   313608   Min, Leah Ann HyungJu
                                    71630   Molotsky, Drew A.
                                   312759   Monachino, David Michael
                                    27329   Morrison, Vincent J.
                                   312382   Mota, Engie
                                   312701   Muhly Sr., James Arthur Bertram
                                   323869   Nair, Karan
                                   209168   Neal, Leah Ann
                                   204486   Neiburg, Michael Sean

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

_____
Out Of State( Continued )        92415   Nero, Harvetta Erania
                                 84460   O'Rourke, Victoria W.
                                 90322   Oropallo, Michael A.
                                202212   Pindyck-Costantino, Stephanie L
                                315157   Pinkston, Andrew Jamel
                                202576   Qureshi, Nina G.
                                 73752   Rabin, Arthur Leonid
                                 57409   Rishkofski, Melinda Ann
                                322169   Rivlin, Daniel Zev
                                312056   Rosenzweig, Will Jonathan
                                 90285   Rubinovitz, Susan M.
                                 58095   Russell-Hunter, Peregrine D.
                                320299   Sabourin, Nathan Rodney
                                205923   Saghafi, Tina
                                 53815   Saglimben, Michael J.
                                310476   Saito, Kenji
                                309162   Salem, Aya
                                 88150   Scott, Eric Thomas
                                 76675   Shapiro, Aaron Max
                                 63032   Shapiro, Robert Donald
                                207855   Sheets, James David
                                324460   Silverman, Brandon Adam
                                 44089   Silverman, Gary Scott
                                311921   Soehl, Thomas Howard
                                207774   Speir, Jennifer Elizabeth
                                307193   Sprau, Joanna
                                 28964   Stelmach, Mark Randolph
                                304834   Stevens, Scott Evan
                                310796   Stockwell, Matthew David
                                209701   Stow, Meredith Anne
                                 61551   Strauss, Benjamin
                                 33189   Sullivan Jr., James J.
                                206517   Sullivan, Katherine Jeanne
                                325236   Taylor, Tiarra
                                 81306   Tepper, Catherine Mary
                                323142   Trachtenberg, Jared Adam
                                 55212   Truemper, Roger Lea
                                 34983   Turak, Jonathan E. M.
                                 83638   Ward, Virginia Cora
                                207124   Webb, Danielle Nicole
                                307885   Welter, Joseph
                                210183   Welton, Crystal Lyn
                                201069   White, George S.
                                 90397   Williams, Christopher Heath
                                310039   Williams, Kathleen Giles
                                322162   Wingfield, Jason Eugene
                                326007   Winkler, Stephanie Anne
                                207396   Winter, Christopher Martin
                                202712   Wirkus, Lori A.
                                 50381   Woodward, Thomas Aiken
                                313432   Wright, Grant Cameron
                                 79286   Yampell, Sandra Ellen
                                 52648   Zeff, Gregg L.

```
DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 29
TIME: 14:20:03                    NON-COMPLIANT LAWYERS                     USER ID:
jilgenfr
                                      ACTIVE
                                                                           REPORT:
```

```
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
```

_____

Out Of State( Continued )        48537   Zuraf, James Michael


           COUNT OF ATTORNEYS FOR ACTIVE  STATUS IS 405

DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION          PAGE: 30
TIME: 14:20:03                   NON-COMPLIANT LAWYERS                    USER ID:
jilgenfr
                         LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                          REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____
_____

Philadelphia                    326520  Morgan, Colleen

ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Bucks                              315088  Cooper, Cheryl L.

DATE: 03/22/2022        PENNSYLVANIA CONTINUING LEGAL EDUCATION        PAGE: 32
TIME: 14:20:03                  NON-COMPLIANT LAWYERS                 USER ID:
jilgenfr

                     LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                     REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lehigh                           315551  Schwab, Andrew Christopher

DATE: 03/22/2022          PENNSYLVANIA CONTINUING LEGAL EDUCATION                PAGE: 33
TIME: 14:20:03                     NON-COMPLIANT LAWYERS                        USER ID:
jilgenfr
                           LIMITED IN-HOUSE CORPORATE COUNSEL
                                                                              REPORT:
ctrk_crt
SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____
_____
Delaware                          325543  Shade, Cory Therese

DATE: 03/22/2022      PENNSYLVANIA CONTINUING LEGAL EDUCATION      PAGE: 34
TIME: 14:20:03           NON-COMPLIANT LAWYERS           USER ID:
jilgenfr

                LIMITED IN-HOUSE CORPORATE COUNSEL

                                      REPORT:
ctrk_crt

SORT BY : COUNTY CODE, LAWYER LAST NAME
CRITERIA: GROUP 2 YEAR END DATE = 08312021, REINST FEE ASSESSED
_____

Lebanon                     94878  Geitner, Christopher William


     COUNT OF ATTORNEYS FOR LIMITED IN-HOUSE CORPORATE COUNSEL  STATUS IS 5


    TOTALS PER COUNTY:

| County | Count |
|--------|-------|
| Philadelphia | 82 |
| Lancaster | 3 |
| Northampton | 2 |
| Tioga | 1 |
| Allegheny | 43 |
| Bucks | 11 |
| Cumberland | 3 |
| Westmoreland | 1 |
| Dauphin | 6 |
| Chester | 16 |
| Union | 1 |
| Clarion | 1 |
| York | 1 |
| Berks | 3 |
| Washington | 2 |
| Lehigh | 3 |
| Delaware | 19 |
| Susquehanna | 1 |
| Montgomery | 40 |
| Franklin | 1 |
| Monroe | 1 |
| Lackawanna | 2 |
| Butler | 1 |
| Lebanon | 1 |
| Out Of State | 160 |
| Philadelphia | 1 |
| Bucks | 1 |
| Lehigh | 1 |
| Delaware | 1 |
| Lebanon | 1 |


    TOTAL NUMBER OF LAWYERS REPORTED:     410